**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
DARYL E. MARTIN, ESQ.
Nevada Bar No. 006735
SARA D. COPE, ESQ.
Nevada Bar No. 10329
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; NORTHERN NEVADA PAINTERS AND ALLIED TRADES JOINT APPRENTICESHIP AND TRAINING TRUST FUND, each acting by and through its designated fiduciary, Todd Koch; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION TRUST FUND, acting by and through its designated fiduciary, Gary J. Meyers, <br><br> Plaintiffs, <br><br> v. <br><br> SIMAS FLOOR COMPANY, INC., a Nevada Corporation; GAIL SIMAS WARD, an Individual; GREAT AMERICAN INSURANCE COMPANY, a foreign corporation; SIMAS FLOOR CO, INC., a California Corporation doing business as ROBERT SIMAS FLOOR CO.; JAMES EDWARD SIMAS, an Individual and Sole Proprietor doing business as J.E. SIMAS FLOORS; CARMICHAEL FLOOR COMPANY, a foreign corporation; PLATTE RIVER INSURANCE COMPANY, a foreign corporation; BISON CONSTRUCTION, a Nevada Corporation; BROWN CONSTRUCTION, INC., a foreign corporation; GLEN/MAR CONSTRUCTION, INC., a foreign corporation; K-W WESTERN, INC., a Nevada Corporation; K7 CONSTRUCTION, INC., a Nevada Corporation; FRANK LEPORI CONSTRUCTION, INC., a Nevada Corporation; PELLETT CONSTRUCTION, LLC, a Nevada limited liability company; SUNSERI CONSTRUCTION, INC., a foreign corporation; WESTERN SURETY COMPANY, foreign corporation; TRAVELERS | Case No.: 2:12-CV-00848-KJD-VCF <br><br> **NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANTS BISON CONSTRUCTION, MYRON MARTIN AND RHONDA MARTIN WITHOUT PREJUDICE [FRCP 41(a)(2)]** |

CASUALTY AND SURETY COMPANY OF AMERICA, a foreign corporation; MYRON MARTIN, an Individual; RHONDA MARTIN, an Individual; THOMAS PELLETT, an Individual; SABRINA PELLETT, an Individual; JOHN DOES I - X; and ROES ENTITIES, I-X,

Defendants.

The above-named Plaintiffs, acting by and through their counsel, Christensen James & Martin, pursuant to FRCP Rule 41(a)(2), do hereby dismiss its claims in the above-entitled action without prejudice as against Defendants BISON CONSTRUCTION, MYRON MARTIN and RHONDA MARTIN only.

DATED this 22nd day of June, 2012.

CHRISTENSEN JAMES & MARTIN

By: __/s/ Sara D. Cope__
Sara D. Cope, Esq.
Nevada Bar No. 10329
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated this __25__ day of __June__, 2012.

_____
DISTRICT COURT JUDGE

-2-

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin. On the date of filing of Notice and Order of Voluntary Dismissal of Bison Construction, Myron Martin and Rhonda Martin Without Prejudice [FRCP 41(a)(2)], with the Clerk of Court I caused a true and correct copy to be served in the following manner:

X   ELECTRONIC SERVICE:   Pursuant to Local Rule LR 5-4 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐   UNITED STATES MAIL:   By depositing a true and correct copy of the above-referenced document into the United States Mail, postage prepaid, via First Class and Certified, addressed to the following parties at their last-known mailing address(es):

☐   OVERNIGHT COURIER:   By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed on the attached service list at their last-known mailing address.

FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

**CHRISTENSEN JAMES & MARTIN**

By:   */s/ Natalie Larson*
         Natalie Larson