**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
DARYL E. MARTIN, ESQ.
Nevada Bar No. 006735
SARA D. COPE, ESQ.
Nevada Bar No. 10329
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; NORTHERN NEVADA PAINTERS AND ALLIED TRADES JOINT APPRENTICESHIP AND TRAINING TRUST FUND, each acting by and through its designated fiduciary, Todd Koch; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION TRUST FUND, acting by and through its designated fiduciary, Gary J. Meyers,<br><br>Plaintiffs,<br><br>v.<br><br>SIMAS FLOOR COMPANY, INC., a Nevada Corporation; GAIL SIMAS WARD, an Individual; GREAT AMERICAN INSURANCE COMPANY, a foreign corporation; SIMAS FLOOR CO, INC., a California Corporation doing business as ROBERT SIMAS FLOOR CO.; JAMES EDWARD SIMAS, an Individual and Sole Proprietor doing business as J.E. SIMAS FLOORS; CARMICHAEL FLOOR COMPANY, a foreign corporation; PLATTE RIVER INSURANCE COMPANY, a foreign corporation; BISON CONSTRUCTION, a Nevada Corporation; BROWN CONSTRUCTION, INC., a foreign corporation; GLEN/MAR CONSTRUCTION, INC., a foreign corporation; K-W WESTERN, INC., a Nevada Corporation; K7 CONSTRUCTION, INC., a Nevada Corporation; FRANK LEPORI CONSTRUCTION, INC., a Nevada Corporation; PELLETT CONSTRUCTION, LLC, a Nevada limited liability company; SUNSERI CONSTRUCTION, INC., a foreign corporation; WESTERN SURETY COMPANY, foreign corporation; TRAVELERS | Case No.: 2:12-CV-00848-KJD-VCF<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA WITHOUT PREJUDICE AS TO ITS SURETY BOND K7 CONSTRUCTION, INC, BOND NO. 105462082, ONLY**<br>**[FRCP 41(a)(2)]** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | CASUALTY AND SURETY COMPANY OF AMERICA, a foreign corporation; MYRON MARTIN, an Individual; RHONDA MARTIN, an Individual; THOMAS PELLETT, an Individual; SABRINA PELLETT, an Individual; JOHN DOES I - X; and ROES ENTITIES, I-X,<br><br>Defendants. |

The above-named Plaintiffs, acting by and through their counsel, Christensen James & Martin, pursuant to FRCP Rule 41(a)(2), do hereby dismiss their claims in the above-entitled action without prejudice against Defendant TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA as to surety bond number 105462082 ("Bond"), only, issued to K-7 Construction, Inc. ("K-7").

This dismissal is based upon the representation of K7 that it has not done any work or contracted with J.E. Simas Floors or Carmichael Floor Company to date. If it is later discovered otherwise, the Plaintiffs shall have the right, notwithstanding this order or any other Settlement Agreement or Release, to collect payment from K7 and/or its Bond for any delinquency resulting from such work or contract.

DATED this 5th day of September, 2012.

CHRISTENSEN JAMES & MARTIN

By: /s/ Sara D. Cope
Sara D. Cope, Esq.
Nevada Bar No. 10329
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated this 17th day of Sept., 2012.

_____
DISTRICT COURT JUDGE

-2-