KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
DARYL E. MARTIN, ESQ.
Nevada Bar No. 006735
SARA D. COPE, ESQ.
Nevada Bar No. 10329
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
E-mail: kbc@cjmlv.com; dem@cjmlv.com; sdc@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, et al; <br><br> Plaintiffs, <br><br> v. <br><br> SIMAS FLOOR COMPANY, INC., et al, <br><br> Defendants. | Case No.: 2:12-CV-00848-KJD-VCF <br><br> **NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT GAIL SIMAS WARD** <br> [FRCP 41(a)(2)] |

Plaintiffs Employee Painters' Trust, Northern Nevada Painters and Allied Trades Joint Apprenticeship and Training Trust Fund, International Union of Painters and Allied Trades Industry Pension Trust Fund, each by and through their designated fiduciaries, and by and through their counsel, Christensen James & Martin ("Plaintiffs"), pursuant to FRCP Rule 41(a)(2), do hereby dismiss the above-entitled matter with prejudice as to Defendant Gail Simas Ward only ("Ward").

The Dismissal shall in no way apply to the enforcement of the Stipulation for Entry of Judgment by Confession and Judgment by Confession ("Judgment") in favor of the Plaintiffs and against Ward, incorporated herein by reference, nor shall it operate as a release of Ward's obligations to Plaintiffs under the Judgment, nor shall it operate as a waiver of the Plaintiffs

///
///

1 | rights under the Judgment.

2 |     DATED this 21st day of February, 2013.

CHRISTENSEN JAMES & MARTIN

By:   */s/ Sara D. Cope*
      Sara D. Cope, Esq.
      Nevada Bar No. 10329
      7440 W. Sahara Avenue
      Las Vegas, NV 89117
      Tel.: (702) 255-1718
      *Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE
Dated this 3rd day of April 2013.