KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
DARYL E. MARTIN, ESQ.
Nevada Bar No. 006735
SARA D. COPE, ESQ.
Nevada Bar No. 10329
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
E-mail: kbc@cjmlv.com; dem@cjmlv.com; sdc@cjmlv.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, et al;<br><br>Plaintiffs,<br><br>v.<br><br>SIMAS FLOOR COMPANY, INC., et al,<br><br>Defendants. | Case No.: 2:12-CV-00848-KJD-VCF<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT GAIL SIMAS WARD**<br>[FRCP 41(a)(2)] |

Plaintiffs Employee Painters' Trust, Northern Nevada Painters and Allied Trades Joint Apprenticeship and Training Trust Fund, International Union of Painters and Allied Trades Industry Pension Trust Fund, each by and through their designated fiduciaries, and by and through their counsel, Christensen James & Martin ("Plaintiffs"), pursuant to FRCP Rule 41(a)(2), do hereby dismiss the above-entitled matter with prejudice as to Defendant Gail Simas Ward only ("Ward").

The Dismissal shall in no way apply to the enforcement of the Stipulation for Entry of Judgment by Confession and Judgment by Confession ("Judgment") in favor of the Plaintiffs and against Ward, incorporated herein by reference, nor shall it operate as a release of Ward's obligations to Plaintiffs under the Judgment, nor shall it operate as a waiver of the Plaintiffs

///
///

1  rights under the Judgment.
2      DATED this 21st day of February, 2013.

3                                              CHRISTENSEN JAMES & MARTIN

4                                              By:   /s/ Sara D. Cope
5                                                    Sara D. Cope, Esq.
                                                  Nevada Bar No. 10329
6                                                    7440 W. Sahara Avenue
                                                  Las Vegas, NV 89117
7                                                    Tel.: (702) 255-1718
                                                  *Attorneys for Plaintiffs*

8
                                            IT IS SO ORDERED.
9
10                                           DISTRICT COURT JUDGE
                                          Dated this 3rd day of April    2013.