# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EMPLOYEE PAINTERS' TRUST, *et al.*,

    Plaintiffs,

v.

SIMAS FLOOR COMPANY, INC., *et al.*,

    Defendants.

Case No. 2:12-CV-00848-KJD-VCF

**ORDER**

Having reviewed the docket of this action, it appears to the Court that there are two remaining defendants in this action: Simas Floor Company, Inc., a Nevada corporation and Simas Floor Co. Inc., a California corporation.  It also appears to the Court that proceedings may be stayed as to the California corporation due to bankruptcy.  Plaintiffs are hereby ordered to file a status report regarding the state of litigation as to these two parties within fourteen (14) days of the entry of this order.

**IT IS SO ORDERED.**

DATED this 7th day of October 2013.

_____
Kent J. Dawson
United States District Judge